## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: William Gilyard                                   CHAPTER 13

                    Debtor(s)

                                                         BKY. NO. 21-11923 ELF

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

          Kindly enter my appearance on behalf of PHFA and index same on the master mailing
list.

                                        Respectfully submitted,

                                        /s/ *Denise Carlon*
                                        _____
                                        Denise Carlon
                                        05 Aug 2021, 11:41:45, EDT

                                        KML Law Group, P.C.
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106-1532
                                        (215) 627-1322