United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 21-11923-elf

William Gilyard     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: Oct 29, 2021     Form ID: 152     Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | William Gilyard, 7500 Elmwood Avenue, Philadelphia, PA 19153-1313 |
| cr | + | Ally Financial, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14623283 | + | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14623375 | + | Ally Financial, c/o Arvind Nath Rawal, AIS Portfolio Services, LP, 4515 N Santa Fe Ave Dept APS, Oklahoma City, OK 73118-7901 |
| 14621562 | + | Cardiology Consultants PH, 1703 South Broad Street, Suite 300, Philadelphia, PA 19148-1536 |
| 14621563 | + | City of Philadelphia, Department of Finance, Bureau of Administrative Adjudication, 913 Filbert Street, Philadelphia, PA 19107-3117 |
| 14621569 | | First Premier Bank, PO Box 5529, Sioux Falls, SD 57117-5529 |
| 14621570 | | First Premier Bank, PO Box 5147, Sioux Falls, SD 57117-5147 |
| 14621572 | + | Mariner Finance LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14621574 | + | Midland Funding, 227 West Trade Street, Charlotte, NC 28202-1675 |
| 14627555 | + | PHFA, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14627695 | + | PHFA, c/o Denise Carlon, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 29 2021 23:36:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 29 2021 23:35:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 29 2021 23:36:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14621558 | | Email/Text: ally@ebn.phinsolutions.com | Oct 29 2021 23:35:00 | Ally, Payment Processing Center, PO Box 78234, Phoenix, AZ 85062-8234 |
| 14623284 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 29 2021 23:46:59 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14623376 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 29 2021 23:47:02 | Ally Bank, c/o Arvind Nath Rawal, AIS Portfolio Services, LP, 4515 N Santa Fe Ave Dept APS, Oklahoma City, OK 73118-7901 |
| 14626466 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 29 2021 23:47:02 | Ally Bank c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14630907 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 29 2021 23:46:59 | Ally Financial c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14621560 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 29 2021 23:47:02 | Capital One, PO Box 85015, Richmond, VA 23285-5018 |

Case 21-11923-elf    Doc 27    Filed 10/31/21    Entered 11/01/21 00:38:07    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 29, 2021 | Form ID: 152 | Total Noticed: 31 |

| Recip ID | | Notice Type | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14621564 | | Email/Text: megan.harper@phila.gov | Oct 29 2021 23:36:00 | City of Philadelphia, Law Department-Bankruptcy Unit, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1595 |
| 14621565 | | Email/Text: megan.harper@phila.gov | Oct 29 2021 23:36:00 | City of Philadelphia, Law Department-Bankruptcy Unit, One Parkway Building, 1515 Arch Street, 15th Floor, Philadelphia, PA 19102-1595 |
| 14621559 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 29 2021 23:46:59 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 14621561 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 29 2021 23:46:57 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14621568 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 29 2021 23:35:00 | Department of Treasury, Internal Revenue Service, Fresno, CA 93888-0419 |
| 14621571 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 29 2021 23:35:00 | Jefferson Capital Systems, LLC, P.O. Box 7999, Saint Cloud, MN 56302-9617 |
| 14621573 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 29 2021 23:35:00 | Midland Funding, PO Box 2011, Warren, MI 48090-2011 |
| 14621576 | + | Email/Text: blegal@phfa.org | Oct 29 2021 23:35:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14621575 | | Email/Text: blegal@phfa.org | Oct 29 2021 23:35:00 | Pennsylvania Housing Finance Agency, PO Box 15057, Harrisburg, PA 17105-5057 |
| 14625377 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 29 2021 23:35:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14621567 | * | Department of Treasury, Internal Revenue Service, PO Box 12051, Philadelphia, PA 19105-2051 |
| 14621566 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Department of the Treasury, Internal Revenue Service, 600 Arch Street. Room 3256, Philadelphia, PA 19106 |
| 14637339 | *+ | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Oct 31, 2021 | Signature: | /s/Joseph Speetjens |
|---|---|---|

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 29, 2021 | Form ID: 152 | Total Noticed: 31 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor PHFA bkgroup@kmllawgroup.com |
| JASON BRETT SCHWARTZ | on behalf of Creditor Ally Financial jschwartz@mesterschwartz.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| LEON P. HALLER | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com |
| MICHAEL D. SAYLES | on behalf of Debtor William Gilyard midusa1@comcast.net michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

In Re: William Gilyard
    Debtor(s)

Case No: 21−11923−elf
Chapter: 13

---

## NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Eric L. Frank

, United States Bankruptcy Court 11/30/21 at 10:00 AM , in Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

26
Form 152