UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: **William Gilyard**  :  Chapter 13

　　　　　　　　　　　　　　 :

　　　　　　　　　　　　　　 :

　　　　　Debtor　　　　　 :  Bankruptcy No.: **21-11923\elf**

### NOTICE OF OBJECTION TO CLAIM AND HEARING DATE

**Above-named Debtor has filed an objection to the proof of claim you filed in this bankruptcy case.**

1. **Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one.** (**If you do not have an attorney, you may wish to consult an attorney**).

2. **If you do not want the court to change or eliminate your claim, you or your lawyer must attend the hearing on the objection,** scheduled to be held on **March 22, 2022** at **1:00 PM**, in **Courtroom #1**, United States Bankruptcy Court, Bankruptcy Clerk's Office, 900 Market Street, Philadelphia 19107-4228. If you or your attorney do not attend the hearing on the objection, the court may decide that you do not oppose the objection to your claim.

3. **If you intend to appear at the hearing** to contest the objection to your claim, **you must notify the person listed below at least 7 days before the hearing date**. If you do not notify the person listed below that you intend to appear, the Objector will be entitled to a postponement of the hearing.

Date**: February 19, 2022**

　　　　　　　　　　　　　　　　　　　**Michael D. Sayles, Esquire**
　　　　　　　　　　　　　　　　　　　**Sayles & Associates**
　　　　　　　　　　　　　　　　　　　**427 West Cheltenham Avenue, Suite #2**
　　　　　　　　　　　　　　　　　　　**Elkins Park, PA 19027**
　　　　　　　　　　　　　　　　　　　**215 635 2270**
　　　　　　　　　　　　　　　　　　　**215 424 1263**
　　　　　　　　　　　　　　　　　　　**midusa1@comcast.net**