# THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 21-11923/ELF |
| WILLIAM GILYARD | : | |
| | : | CHAPTER 13 |
| Movant-Debtor | : | |
| | : | |
| v. | : | |
| | : | |
| ALLY FINANCIAL | : | |
| | : | |
| Respondent-Creditor | : | |

## STIPULATION RESOLVING DEBTOR'S MOTION TO DETERMINE VALUE AND ALLY'S OBJECTION TO CONFIRMATION

COME NOW, this  18th  day of  February , 2022, Debtor, William Gilyard, by and through his attorney Michael D. Sayles, Esquire, and Ally Financial, by and through its attorney, Regina Cohen, Esquire,  hereby stipulate the following terms of settlement of Debtor's Motion to Determine Value and Ally's Objection to Confirmation of Chapter 13 Plan:

WHEREAS the Debtor owns a 2016 Chrysler 300, VIN 2C3CCAGG0GH162105 ("Vehicle"); and

WHEREAS Ally Financial has a duly perfected, first priority lien on the Vehicle; and

WHEREAS the Debtor has filed a Chapter 13 plan providing for payment of the Vehicle through the plan and a Motion to Determine Value of the Vehicle; and

WHEREAS Ally Financial has filed an Objection to Confirmation and a Response to the Motion to Determine Value; and

WHEREAS the Debtor and Ally Financial seek to resolve the Motion to Determine Value and the Objection to Confirmation; it is hereby stipulated and agreed that:

1. The value of the Vehicle to be paid to Ally Financial through the plan is $21,500, at 5.25% interest.

2. The remaining balance of the claim shall be treated as a general unsecured claim.

3. This agreement is only binding upon the parties in this instant Chapter 13 case. If not paid in full within this instant Chapter 13 due to dismissal or conversion, this agreement is not binding upon the parties.

4. Electronic and/or facsimile signatures shall be treated as an original signature for purposes of this Stipulation.

/s/ Michael D. Sayles
Michael D. Sayles, Esquire
Sayles and Associates
427 West Cheltenham Avenue, Suite #2
Elkins Park, PA 19027

/s/ Regina Cohen
190 North Independence Mall West
6th & Race Streets
Philadelphia, PA 19106

# O R D E R

The forgoing Stipulation is **APPROVED WITHOUT PREJUDICE** to the rights of any party in interest or the Chapter 13 Trustee with respect to confirmation of the Debtor's chapter 13 plan.

Date: 2/22/22

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**