**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| WILLIAM GILYARD, | ) | |
| | ) | |
| Debtor | ) | CASE NO. 21-11923-ELF |
| ~~~~~~~~~~~~~~~~~~~~~~~ | ) | |

**PRAECIPE TO WITHDRAW ALLY FINANCIAL'S**
**OBJECTION TO CONFIRMATION**

TO THE CLERK:

Kindly withdraw Ally Financial's Objection to Confirmation in reference to the above matter, without prejudice.

Respectfully submitted,

MESTER & SCHWARTZ, P.C.

_____/s/ Jason Brett Schwartz
Jason Brett Schwartz, Esquire
1917 Brown Street
Philadelphia, PA 19130
(267) 909-9036