UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: **William Gilyard**           :        CHAPTER 13
                                  :
                                  :
DEBTOR                                :        Bankruptcy No.: **21-11923\elf**

PRAECIPE OF DEBTOR TO
WITHDRAW OBJECTION TO PROOF OF CLAIM #3 ALLY BANK

To the Clerk, United States Bankruptcy Court:

   Kindly withdraw **Objection to Proof Of Claim # 3 of Ally Bank, for the record.**

                              Respectfully Submitted,

                              By: **\s\ Michael D. Sayles, Esquire**
                                   Michael D. Sayles
                                   Attorney for Debtor

Dated: **March 21, 2022**