# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: William Gilyard <br>                        Debtor(s) | CHAPTER 13 |
| Pennsylvania Housing Finance Agency, its successors and/or assigns <br>                        Movant <br>            vs. | |
| William Gilyard <br>                        Debtor(s) | NO. 21-11923 ELF |
| Kenneth E. West Esq. <br>                        Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

    Kindly withdraw the Objection to Confirmation of Pennsylvania Housing Finance Agency, which was filed with the Court on or about **October 15, 2021, docket number 23**.

                                            Respectfully submitted,

                                            /s/ Rebecca A. Solarz, Esq.

                                            Rebecca A. Solarz, Esquire
                                            KML Law Group, P.C.
                                            BNY Mellon Independence Center
                                            701 Market Street, Suite 5000
                                            Philadelphia, PA  19106
                                            Phone: (215)-627-1322

Dated: April 4, 2022