UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: **William Gilyard**  :  CHAPTER 13
:
:
DEBTOR  :  Bankruptcy No.: **21-11923\elf**

PRAECIPE OF DEBTOR TO
WITHDRAW OBJECTION TO PROOF OF CLAIM #1 PREMIER BANK CARD

To the Clerk, United States Bankruptcy Court:

Kindly withdraw **Objection to Proof of Claim # 1 of Premier Bank Card, for the record.**

Respectfully Submitted,

By: **\s\ Michael D. Sayles, Esquire**
Michael D. Sayles
Attorney for Debtor

Dated: **April 4, 2022**