United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                                       Case No. 21-11923-elf

William Gilyard                                                                                       Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                                 User: admin                                                Page 1 of 3

Date Rcvd: Apr 06, 2022                                      Form ID: 155                                         Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | William Gilyard, 7500 Elmwood Avenue, Philadelphia, PA 19153-1313 |
| 14621562 | + | Cardiology Consultants PH, 1703 South Broad Street, Suite 300, Philadelphia, PA 19148-1536 |
| 14621563 | + | City of Philadelphia, Department of Finance, Bureau of Administrative Adjudication, 913 Filbert Street, Philadelphia, PA 19107-3117 |
| 14621574 | + | Midland Funding, 227 West Trade Street, Charlotte, NC 28202-1675 |
| 14627555 | + | PHFA, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14627695 | + | PHFA, c/o Denise Carlon, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14621558 | | Email/Text: ally@ebn.phinsolutions.com | Apr 06 2022 23:50:00 | Ally, Payment Processing Center, PO Box 78234, Phoenix, AZ 85062-8234 |
| 14623284 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 06 2022 23:53:14 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14623376 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 06 2022 23:53:32 | Ally Bank, c/o Arvind Nath Rawal, AIS Portfolio Services, LP, 4515 N Santa Fe Ave Dept APS, Oklahoma City, OK 73118-7901 |
| 14626466 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 06 2022 23:53:14 | Ally Bank c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14623283 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 06 2022 23:53:00 | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14623375 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 06 2022 23:53:32 | Ally Financial, c/o Arvind Nath Rawal, AIS Portfolio Services, LP, 4515 N Santa Fe Ave Dept APS, Oklahoma City, OK 73118-7901 |
| 14630907 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 06 2022 23:53:14 | Ally Financial c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14621560 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 06 2022 23:53:00 | Capital One, PO Box 85015, Richmond, VA 23285-5018 |
| 14621564 | | Email/Text: megan.harper@phila.gov | Apr 06 2022 23:51:00 | City of Philadelphia, Law Department-Bankruptcy Unit, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1595 |
| 14621565 | | Email/Text: megan.harper@phila.gov | Apr 06 2022 23:51:00 | City of Philadelphia, Law Department-Bankruptcy Unit, One Parkway Building, 1515 Arch Street, 15th Floor, Philadelphia, PA 19102-1595 |
| 14621559 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 06 2022 23:53:00 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |

Case 21-11923-elf   Doc 76   Filed 04/08/22   Entered 04/09/22 00:27:29   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 06, 2022 | Form ID: 155 | Total Noticed: 27 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14621561 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 06 2022 23:53:00 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14621568 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 06 2022 23:50:00 | Department of Treasury, Internal Revenue Service, Fresno, CA 93888-0419 |
| 14621570 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 06 2022 23:53:00 | First Premier Bank, PO Box 5147, Sioux Falls, SD 57117-5147 |
| 14621569 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 06 2022 23:53:14 | First Premier Bank, PO Box 5529, Sioux Falls, SD 57117-5529 |
| 14621571 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 06 2022 23:51:00 | Jefferson Capital Systems, LLC, P.O. Box 7999, Saint Cloud, MN 56302-9617 |
| 14621572 | + | Email/Text: bankruptcy@marinerfinance.com | Apr 06 2022 23:50:00 | Mariner Finance LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14621573 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 06 2022 23:50:00 | Midland Funding, PO Box 2011, Warren, MI 48090-2011 |
| 14621576 | + | Email/Text: blegal@phfa.org | Apr 06 2022 23:50:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14621575 | | Email/Text: blegal@phfa.org | Apr 06 2022 23:50:00 | Pennsylvania Housing Finance Agency, PO Box 15057, Harrisburg, PA 17105-5057 |
| 14625377 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 06 2022 23:51:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14621567 | * | Department of Treasury, Internal Revenue Service, PO Box 12051, Philadelphia, PA 19105-2051 |
| 14621566 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Department of the Treasury, Internal Revenue Service, 600 Arch Street. Room 3256, Philadelphia, PA 19106 |
| 14637339 | *+ | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2022        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2022 at the address(es) listed below:

**Name**             **Email Address**
DENISE ELIZABETH CARLON

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 06, 2022 | Form ID: 155 | Total Noticed: 27 |

        on behalf of Creditor PHFA bkgroup@kmllawgroup.com

JASON BRETT SCHWARTZ
        on behalf of Creditor Ally Financial jschwartz@mesterschwartz.com

KENNETH E. WEST
        ecfemails@ph13trustee.com philaecf@gmail.com

LEON P. HALLER
        on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com

MICHAEL D. SAYLES
        on behalf of Debtor William Gilyard midusa1@comcast.net michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com

REBECCA ANN SOLARZ
        on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com

REGINA COHEN
        on behalf of Creditor Ally Financial rcohen@lavin-law.com ksweeney@lavin-law.com

REGINA COHEN
        on behalf of Creditor Ally Bank c/o AIS Portfolio Services, LP rcohen@lavin-law.com, ksweeney@lavin-law.com

United States Trustee
        USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: William Gilyard
       Debtor(s)                          Chapter: 13

                                      Bankruptcy No: 21−11923−elf

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 5th day of April 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                               Eric L. Frank
                                               Judge ,
                                               United States Bankruptcy Court

                                                                               71 − 13, 55
                                                                               Form 155