**Fill in this information to identify the case:**

Debtor 1 **WILLIAM GILYARD**

Debtor 2 (Spouse, if filing)

Unites States Bankruptcy Court for the: **Eastern District of Pennsylvania** (State)

Case Number **21-11923-PMM**

Official Form 410C13-N

# Trustee's Notice of Disbursements Made

**12/25**

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).**

## Part 1: Mortgage Information

**Name of claim holder:** PA HOUSING FINANCE AGY/HEMAP

**Court claim no.** (if known): 6

**Last 4 digits** of any number you use to identify the debtor's account: 2 9 2 2

**Property Address:**
7500 ELMWOOD AVENUE
Number Street

Philadelphia PA 19153
City State ZIP Code

## Part 2: Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

## Part 3: Arrearages

| | Amount |
|---|---|
| a. Allowed amount of prepetition arrearage: | $ 880.61 |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ 880.61 |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d. Total amount of arrearages disbursed by the trustee: | $ 880.61 |

**Part 4: Postpetition Payment**

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice: $ -0-

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on ______________. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

**Part 5: Postpetition Fees, Expenses, and Charges**

Amount of postpetition fees, expenses, and charges disbursed by the trustee: $ -0-

**Part 6: A Response Is Required By Bankruptcy Rule 3002.1(g)(3)**

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR .**

✘ /s/ Kenneth E. West — Date 08/19/2026
Signature

Trustee: Kenneth E. West
First Name / Middle Name / Last Name

Address: 190 N. Independence Mall West, Suite 701
Number / Street

Philadelphia PA 19106
City / State / ZIP Code

Contact phone (215) 627-1377 Email info@ph13trustee.com

Debtor 1 **WILLIAM GILYARD** Case Number **21-11923-PMM** 
Name

# History Of Payments

**Part 3 - b (Prepetition Arrears)**

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 6 | PENNSYLVANIA HOUSING FII | Secured Arrears Mortgage | 11/15/2022 | 3017452 | Disbursement To Creditor/Principal | 36.21 |
| 6 | PENNSYLVANIA HOUSING FII | Secured Arrears Mortgage | 12/13/2022 | 3018720 | Disbursement To Creditor/Principal | 32.79 |
| 6 | PENNSYLVANIA HOUSING FII | Secured Arrears Mortgage | 01/10/2023 | 3019945 | Disbursement To Creditor/Principal | 32.80 |
| 6 | PENNSYLVANIA HOUSING FII | Secured Arrears Mortgage | 02/08/2023 | 3021143 | Disbursement To Creditor/Principal | 32.79 |
| 6 | PENNSYLVANIA HOUSING FII | Secured Arrears Mortgage | 03/09/2023 | 3022395 | Disbursement To Creditor/Principal | 32.79 |
| 6 | PENNSYLVANIA HOUSING FII | Secured Arrears Mortgage | 04/12/2023 | 3023645 | Disbursement To Creditor/Principal | 32.79 |
| 6 | PENNSYLVANIA HOUSING FII | Secured Arrears Mortgage | 06/13/2023 | 3026090 | Disbursement To Creditor/Principal | 32.80 |
| 6 | PENNSYLVANIA HOUSING FII | Secured Arrears Mortgage | 07/13/2023 | 3027227 | Disbursement To Creditor/Principal | 65.59 |
| 6 | PENNSYLVANIA HOUSING FII | Secured Arrears Mortgage | 08/15/2023 | 3028370 | Disbursement To Creditor/Principal | 32.79 |
| 6 | PENNSYLVANIA HOUSING FII | Secured Arrears Mortgage | 09/18/2023 | 3029551 | Disbursement To Creditor/Principal | 32.79 |
| 6 | PENNSYLVANIA HOUSING FII | Secured Arrears Mortgage | 11/09/2023 | 3031539 | Disbursement To Creditor/Principal | 64.16 |
| 6 | PENNSYLVANIA HOUSING FII | Secured Arrears Mortgage | 12/21/2023 | 4000410 | Disbursement To Creditor/Principal | 32.08 |
| 6 | PENNSYLVANIA HOUSING FII | Secured Arrears Mortgage | 01/16/2024 | 4001263 | Disbursement To Creditor/Principal | 32.08 |
| 6 | PENNSYLVANIA HOUSING FII | Secured Arrears Mortgage | 02/12/2024 | 4002172 | Disbursement To Creditor/Principal | 32.08 |
| 6 | PENNSYLVANIA HOUSING FII | Secured Arrears Mortgage | 03/12/2024 | 4003093 | Disbursement To Creditor/Principal | 32.08 |
| 6 | PENNSYLVANIA HOUSING FII | Secured Arrears Mortgage | 04/10/2024 | 4004010 | Disbursement To Creditor/Principal | 32.08 |
| 6 | PENNSYLVANIA HOUSING FII | Secured Arrears Mortgage | 06/14/2024 | 4005848 | Disbursement To Creditor/Principal | 32.08 |
| 6 | PENNSYLVANIA HOUSING FII | Secured Arrears Mortgage | 07/17/2024 | 4006799 | Disbursement To Creditor/Principal | 64.16 |
| 6 | PENNSYLVANIA HOUSING FII | Secured Arrears Mortgage | 07/17/2024 | 4006799 | Cancelled Check To Creditor/Principal | -64.16 |
| 6 | PENNSYLVANIA HOUSING FII | Secured Arrears Mortgage | 07/17/2024 | 4007364 | Disbursement To Creditor (Principal) | 64.16 |
| 6 | PENNSYLVANIA HOUSING FII | Secured Arrears Mortgage | 08/14/2024 | 4007727 | Disbursement To Creditor/Principal | 32.08 |
| 6 | PENNSYLVANIA HOUSING FII | Secured Arrears Mortgage | 09/11/2024 | 4008571 | Disbursement To Creditor/Principal | 32.08 |
| 6 | PENNSYLVANIA HOUSING FII | Secured Arrears Mortgage | 10/16/2024 | 4009437 | Disbursement To Creditor/Principal | 32.08 |
| 6 | PENNSYLVANIA HOUSING FII | Secured Arrears Mortgage | 11/13/2024 | 4010354 | Disbursement To Creditor/Principal | 32.44 |
| 6 | PENNSYLVANIA HOUSING FII | Secured Arrears Mortgage | 12/11/2024 | 4011191 | Disbursement To Creditor/Principal | 32.43 |
| 6 | PENNSYLVANIA HOUSING FII | Secured Arrears Mortgage | 01/15/2025 | 4012044 | Disbursement To Creditor/Principal | 32.44 |
| 6 | PENNSYLVANIA HOUSING FII | Secured Arrears Mortgage | 02/12/2025 | 4012905 | Disbursement To Creditor/Principal | 2.12 |
| | | | | | Total for Claim Number 6: | 880.61 |
| | | | | | **Total for Part 3 - b (Prepetition Arrears):** | **880.61** |