United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 21-11923-pmm
William Gilyard Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 3
Date Rcvd: Sep 02, 2026 Form ID: 138OBJ Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | William Gilyard, 7500 Elmwood Avenue, Philadelphia, PA 19153-1313 |
| 14621562 | + | Cardiology Consultants PH, 1703 South Broad Street, Suite 300, Philadelphia, PA 19148-1536 |
| 14621563 | + | City of Philadelphia, Department of Finance, Bureau of Administrative Adjudication, 913 Filbert Street, Philadelphia, PA 19107-3117 |
| 14621574 | + | Midland Funding, 227 West Trade Street, Charlotte, NC 28202-1675 |
| 14627695 | + | PHFA, c/o Denise Carlon, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 03 2026 02:03:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 03 2026 02:02:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14621558 | | Email/Text: ally@ebn.phinsolutions.com | Sep 03 2026 02:02:00 | Ally, Payment Processing Center, PO Box 78234, Phoenix, AZ 85062-8234 |
| 14903009 | | Email/Text: ally@ebn.phinsolutions.com | Sep 03 2026 02:02:00 | Ally Bank, Payment Processing Center, P.O. Box 660618, Dallas TX 75266-0618 |
| 14623284 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 03 2026 02:10:19 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14623376 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 03 2026 02:10:19 | Ally Bank, c/o Arvind Nath Rawal, AIS Portfolio Services, LP, 4515 N Santa Fe Ave Dept APS, Oklahoma City, OK 73118-7901 |
| 14626466 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 03 2026 02:10:15 | Ally Bank c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14623283 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 03 2026 02:10:15 | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14903008 | | Email/Text: ally@ebn.phinsolutions.com | Sep 03 2026 02:02:00 | Ally Financial, Payment Processing Center, P.O. Box 660618, Dallas TX 75266-0618 |
| 14623375 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 03 2026 02:10:12 | Ally Financial, c/o Arvind Nath Rawal, AIS Portfolio Services, LP, 4515 N Santa Fe Ave Dept APS, Oklahoma City, OK 73118-7901 |
| 14630907 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 03 2026 02:10:12 | Ally Financial c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

| | | | | |
|---|---|---|---|---|
| 14621560 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 03 2026 02:10:19 | Capital One, PO Box 85015, Richmond, VA 23285-5018 |
| 14621564 | | Email/Text: megan.harper@phila.gov | Sep 03 2026 02:03:00 | City of Philadelphia, Law Department-Bankruptcy Unit, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1595 |
| 14621565 | | Email/Text: megan.harper@phila.gov | Sep 03 2026 02:03:00 | City of Philadelphia, Law Department-Bankruptcy Unit, One Parkway Building, 1515 Arch Street, 15th Floor, Philadelphia, PA 19102-1595 |
| 14621559 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 03 2026 02:10:12 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 14621561 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 03 2026 02:10:20 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 14621568 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 03 2026 02:02:00 | Department of Treasury, Internal Revenue Service, Fresno, CA 93888-0419 |
| 14621570 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 03 2026 02:10:12 | First Premier Bank, PO Box 5147, Sioux Falls, SD 57117-5147 |
| 14621569 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 03 2026 02:10:19 | First Premier Bank, PO Box 5529, Sioux Falls, SD 57117-5529 |
| 14621571 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 03 2026 02:02:00 | Jefferson Capital Systems, LLC, P.O. Box 7999, Saint Cloud, MN 56302-9617 |
| 14621572 | + | Email/Text: bankruptcy@marinerfinance.com | Sep 03 2026 02:02:00 | Mariner Finance LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14621573 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 03 2026 02:02:00 | Midland Funding, PO Box 2011, Warren, MI 48090-2011 |
| 14627555 | ^ | MEBN | Sep 03 2026 01:55:33 | PHFA, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14621576 | + | Email/Text: blegal@phfa.org | Sep 03 2026 02:02:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14621575 | | Email/Text: blegal@phfa.org | Sep 03 2026 02:02:00 | Pennsylvania Housing Finance Agency, PO Box 15057, Harrisburg, PA 17105-5057 |
| 14625377 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 03 2026 02:02:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14621567 | * | Department of Treasury, Internal Revenue Service, PO Box 12051, Philadelphia, PA 19105-2051 |
| 14621566 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Department of the Treasury, Internal Revenue Service, 600 Arch Street. Room 3256, Philadelphia, PA 19106 |
| 14637339 | *+ | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JASON BRETT SCHWARTZ | on behalf of Creditor Ally Financial bkecf@friedmanvartolo.com bankruptcy@friedmanvartolo.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| LEON P. HALLER | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| MATTHEW K. FISSEL | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| MATTHEW K. FISSEL | on behalf of Creditor PHFA bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| MICHAEL D. SAYLES | on behalf of Debtor William Gilyard midusa1@comcast.net midusa1@outlook.com |
| REGINA COHEN | on behalf of Creditor Ally Bank c/o AIS Portfolio Services, LP rcohen@lavin-law.com |
| REGINA COHEN | on behalf of Creditor Ally Financial rcohen@lavin-law.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

***Form 138OBJ*** (6/24)−doc 89 − 88

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>William Gilyard | ) | Case No. 21−11923−pmm |
| Debtor(s). | ) | Chapter: 13 |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed on or before **October 2, 2026** with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: September 2, 2026

For The Court

Mohung Wong
Clerk of Court